UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-029 JD |
| ) | |
| JESSE NEWMAN ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 27, 2012 [DE 15]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jesse Newman's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  October 2, 2012

                                              /s/ JON E. DEGUILIO
                                              Judge
                                              United States District Court